# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E1103086 | Robatzek | 677 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 06/04/2022 1040 | 36 CFR 4.12 |

Place of Offense: Glacier NP
GTSR - Construction Zone - Sprague Cr

Offense Description: Factual Basis for Charge — HAZMAT ☐
Fail to comply with traffic control device - moving violation

### DEFENDANT INFORMATION
Phone: (509) 770-9246

Last Name: Carter
First Name: Ryland
MI: J

[Address redacted]

Vehicle: Bicycle

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70.00 Forfeiture Amount
+ $30 Processing Fee
$ 100.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___ Date: ___ Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: ___

Original - CVB Copy

*E1103086*

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 4, 2022 while exercising my duties as a law enforcement officer in the _____ District of Montana

[blank lines]

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/04/2022   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/24/2022 10:48